United States Bankruptcy Court

TUCSON DIVISION
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

FILED
2009 NOV -9 AM 10: 45
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA



District of Arizona

PHOENIX HEADQUARTERS
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

YUMA DIVISION
325 W. 19th St., Ste. D
Yuma, AZ 85364
Mailing Address
P.O. Box 13011
Yuma, AZ 85366
928-783-2288

## DEBTOR CHANGE OF ADDRESS

Case No.: 2:09-bk-25141-RJH  Chapter: 7

Debtor(s) Name: Samuel M Elkholy
Teresa M Elkholy

NEW Mailing Address: 5136 E. Evergreen St
Street Address/P.O. Box Number

#1113
Suite/Apartment Number

Mesa  AZ  85205
City   State   Zip Code

OLD Mailing Address: 2931 E. Melody Ln
Street Address/P.O. Box Number

Suite/Apartment Number

Gilbert  AZ  85234
City   State   Zip Code

Debtor(s) Signature: [signature] 11/9/09
[signature] 11/9/09

DebtorAddChng/2/05

11/10/2009